| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**TRENK ISABEL SIDDIQI**<br>  **& SHAHDANIAN P.C.**<br>Richard D. Trenk, Esq.<br>Robert S. Roglieri, Esq.<br>290 W. Mt. Pleasant Ave., Suite 2350<br>Livingston, New Jersey 07039<br>Telephone:  (973) 533-1000<br>Email:  rtrenk@trenkisabel.law<br>Email:  rroglieri@trenkisabel.law<br><br>*Counsel to Defendant,*<br>*The Diocese of Camden, New Jersey* | |
| In re:<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>　　Debtor. | Chapter 11<br><br>Case No. 20-21257 (JNP) |
| OFFICIAL COMMITTEE OF TORT CLAIMANT CREDITORS OF THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>　　　　　　　　Plaintiff<br><br>v.<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY, THE DIOCESE OF CAMDEN TRUSTS, INC.,<br><br>　　　　　　　　Defendants. | Adv. Pro. No. 21-01393 (JNP) |

**CERTIFICATE OF CONSENT**
**REGARDING CONSENT ORDER**

　　　I certify that with respect to the *Stipulation and Consent Order Extending Time to Answer or Otherwise Respond to Second Amended Complaint* (the "Consent Order") submitted to the Court, the following conditions have been met:

　　　(a)　　The terms of the Consent Order are identical to those set forth in the original Consent Order;

(b) The signatures of Robert S. Roglieri, Michael A. Kaplan, and Damien N. Tancredi on the Consent Order reference the signatures of consenting parties obtained on the original Consent Order;

(c) I will retain the original Consent Order for a period of 7 years from the date of closing of the case or adversary proceeding;

(d) I will make the original Consent Order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the Order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the Order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

Dated: April 15, 2022                             */s/ Robert S. Roglieri*
                                                        ROBERT S. ROGLIERI

4860-5268-2780, v. 1