**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

**TRENK ISABEL SIDDIQI**
 **& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2350
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel to Defendant,*
*The Diocese of Camden, New Jersey*

**Order Filed on April 18, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-21257 (JNP) |
| OFFICIAL COMMITTEE OF TORT CLAIMANT CREDITORS OF THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>Plaintiff<br><br>v.<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY, THE DIOCESE OF CAMDEN TRUSTS, INC.,<br><br>Defendants. | Adv. Pro. No. 21-01393 (JNP) |

**STIPULATION AND CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT**

The relief set forth on the following pages, numbered two (2) through four (4) is hereby

**ORDERED.**

**DATED: Apr**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | The Diocese of Camden, New Jersey |
| Case No.: | 21-01393 (JNP) |
| Caption of Order: | Stipulation and Consent Order Extending Time to Answer or Otherwise Respond to Second Amended Complaint |

**WHEREAS,** on October 12, 2021, the Official Committee of Tort Claimant Creditors (the "Tort Committee") filed a complaint initiating the above-captioned adversary proceeding (the "Adversary Proceeding") against Diocese of Camden Trusts, Inc. ("DOCT") and The Diocese of Camden, New Jersey (the "Diocese," and collectively with DOCT, the "Defendants") [ECF 1]; and

**WHEREAS,** on December 3, 2021, the Tort Committee filed a first amended complaint in the Adversary Proceeding (the "First Amended Complaint") [ECF 8]; and

**WHEREAS,** the Tort Committee filed a motion to seal (the "Motion to Seal") in connection with the First Amended Complaint [ECF 9]; and

**WHEREAS,** as a result of certain decisions in the Diocese's underlying bankruptcy case, the Tort Committee filed a second amended complaint in the Adversary Proceeding (the "Second Amended Complaint") [ECF 12]; and

**WHEREAS,** the Defendants' time to answer or otherwise respond to the Second Amended Complaint is April 25, 2022; and

**WHEREAS,** the Tort Committee and the Defendants (collectively, the "Parties") have agreed to the following terms set forth in this stipulation and order ("Stipulation");

**AND IT IS HEREBY STIPULATED AND AGREED AND SO ORDERED THAT:**

1. The foregoing recitals are incorporated herein by reference.

2. The Defendants' time to answer or otherwise respond to the Second Amended Complaint shall be extended to and through May 25, 2022.

3. The Motion to Seal is adjourned to May 25, 2022.

4857-2367-4396, v. 1

(Page 3)

| | |
|---|---|
| Debtor: | The Diocese of Camden, New Jersey |
| Case No.: | 21-01393 (JNP) |
| Caption of Order: | Stipulation and Consent Order Extending Time to Answer or Otherwise Respond to Second Amended Complaint |

4. The entry of this Stipulation is without prejudice to any Parties' right to seek a continued adjournment/extension of the matters set forth herein, and any Parties' right to oppose such extension.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation, interpretation, and/or enforcement of this Stipulation.

**STIPULATED AND AGREED TO BY:**

Dated: April 15, 2022

**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**

By: */s/ Robert S. Roglieri*
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2350
Livingston, New Jersey 07039

*Counsel to The Diocese of Camden, New Jersey*

Dated: April 15, 2022

**LOWENSTEIN SANDLER LLP**

By: */s/ Michael A. Kaplan*
Jeffrey D. Prol, Esq.
Michael A. Kaplan, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068

*Counsel to the Official Committee of Tort Claimant Creditors*

Dated: April 15, 2022

**FLASTER/GREENBERG, P.C.**

By: */s/ Damien N. Tancredi*
Damien Nicholas Tancredi, Esq.
1801 Chapel Avenue West
Cherry Hill, New Jersey 08002

*Counsel to DOCT*

4857-2367-4396, v. 1