Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re:  The Diocese of Camden, New Jersey
Debtor

Case No.: 20–21257–JNP
Chapter 11

Official Committee of Tort Claimant Creditors
Plaintiff

v.

The Diocese of Camden, New Jersey
Defendant

Adv. Proc. No. 21–01393–JNP                          Judge: Jerrold N. Poslusny Jr.

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on April 18, 2022, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 14 – 12
Consent Order Extending Time to Answer or Otherwise Respond to Second Amended Complaint through May 25, 2022. Filed by (related document:12 Amended Complaint filed by Plaintiff Official Committee of Tort Claimant Creditors). Richard D. Trenk on behalf of The Diocese of Camden, New Jersey. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/18/2022 (cmf)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 18, 2022
JAN: cmf

Jeanne Naughton
Clerk